The report is so exhausting that the court could not improve on it.

It was adopted by the judge who denied the motions.

Orders affirmed, with costs.

VAN WYCK, Ch. J., and McCARTHY, J., concur.

Orders affirmed, with costs.

---

Matter of the Petition of HORACE F. HUTCHINSON, as Assignee.

WALTHER D. STARR, Plaintiff, *v.* GEORGE HAGEMEYER et al., Impleaded with WILLIAM H. CHEW, Defendants; HORACE F. HUTCHINSON, Appellant.

APPEAL from order denying motion to be made a party.

*W. C. Beecher,* for appellant.

*Fulton McMahon,* for respondent.

McCARTHY, J.    Orders in actions Nos. 1 and 2 are affirmed, with costs.

VAN WYCK, Ch. J., concurs.

Orders affirmed, with costs.

---

THEODORE VAN BREMSEN, Appellant, *v.* WILLIAM WALZ et al., Respondents.

APPEAL from order denying motion to punish surety for contempt.

*George W. Stephens,* for appellant.

*Phillips & Avery,* for respondents.

*Per Curiam.* The order appealed from denying motion to punish the surety Walz for contempt is affirmed, with costs.

Present: VAN WYCK, Ch. J., and McCARTHY, J.

Order affirmed, with costs.